UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVA D. AL-ZAGHARI,

        Petitioner,

vs.

STATE OF CALIFORNIA, et al.,

        Defendant(s).
        /

No. C 09-80110 MISC. MHP

**ORDER DENYING FILING OF PETITION**

        Plaintiff filed this matter styled as a habeas petition in the United States District Court for the Eastern District of California which transferred the action to this court. This action is merely a repetition of numerous other actions filed in this and other districts by plaintiff and/or her mother, Shirley Remmert. An order was entered on August 15, 2001 ordering pre-filing review. Despite that order plaintiffs have filed or attempted to file over forty (40) actions in this court. All, except five or six appeals from the bankruptcy court, have involved the same issues having to do with family law matters heard and resolved in the state court. Plaintiff Shirley Remmert has filed or attempted to file numerous actions on her own behalf, on behalf of her daughter who is under a conservatorship and on behalf of her minor grandson related to custody issues.

        This court has repeatedly advised plaintiff to cease filing actions in this court over which this court has no jurisdiction and which merely are other versions of the same complaints that have been previously dismissed or were barred by the pre-filing review order.

        This latest filing tried first in the Eastern District and now transferred here is yet another

attempt to assert the same claims that have repeatedly been asserted in earlier filings and that have been dismissed or declined for filing because of the pre-filing review order.

Shirley V. Remmert has abused the court system by filing not only actions in her own name, but also in the name of her daughter who purports to be the plaintiff in the petition and who is the subject of a conservatorship under a Public Guardian and, thus, without standing to assert claims in her own right. Indeed, her mother, Shirley V. Remmert, has no authority or standing to assert claims for her daughter since she is not the conservator. By her conduct since the filing of the pre-filing review order she has demonstrated that she truly is a vexatious litigant and is misrepresenting her authority and standing to sue on behalf of her daughter. **Therefore, the Clerk of Court shall not file the petition and other accompanying papers. Furthermore, Shirley V. Remmert is instructed that she shall not file any further papers in this or any other federal court in her own name or in the name of anyone else.**

IT IS SO ORDERED.

Date: May 26, 2009

_____
MARILYN HALL PATEL
Judge, United States District Court
Northern District of California

2